**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 97-7237**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTONIO JAVIER GARCIA,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Aiken. Charles E. Simons, Jr., Senior District
Judge. (CR-87-313, CA-97-1117-1-6)

—————————

Submitted: July 30, 1998                Decided: August 14, 1998

—————————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Benson Barry Weintraub, Miami, Florida, for Appellant. Alfred
William Walker Bethea, Assistant United States Attorney, Florence,
South Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Garcia</u>, Nos. CR-87-313; CA-97-1117-1-6 (D.S.C. Jul. 10. 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>